UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARI LANGE,

        Plaintiff,

  v.

FCA US LLC,

        Defendant.

No. C 20-04266 WHA

**ORDER DENYING MOTION TO REMAND**

In this motion to remand an individual, non-class, automobile "Lemon Law" suit, plaintiff did not name the in-state car dealership as a defendant, so we turn to the amount in controversy. We presume remand, but a defendant may remove to federal court a case with complete diversity and more than $75,000 in controversy. 28 U.S.C. §§ 1332, 1441; *See Hunter v. Philip Morris USA,* 582 F.3d 1039, 1042–43 (9th Cir. 2009).

The amount in controversy here includes the car's value less plaintiff's use (around $30,000), twice that amount in civil penalties for defendant's alleged willfulness, and attorney's fees. *Fritsch v. Swift Trans. Co. Ariz.*, 899 F.3d 785, 793 (9th Cir. 2018); *Schneider v. Ford Motor Co.*, 756 F. App'x 699, 700 (9th Cir. 2018); Cal. Civil. Code § 1794(c); *Kirzhner v. Mercedes-Benz USA, LLC*, 9 Cal. 5th 966, 984 (2020). Given plaintiff's refusal to stipulate otherwise, more than $75,000 remain at issue. This case will remain in federal court.

The motion to remand is **DENIED**. A case management scheduling order will follow. The parties will have until **SEPTEMBER 11 AT NOON** to move for schedule modifications.

**IT IS SO ORDERED.**

Dated: August 27, 2020.

                WILLIAM ALSUP
                UNITED STATES DISTRICT JUDGE